DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOEL LAURETTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3461

[October 27, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502012CF009806AXXX.

Noel Laurette, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***